# UNITED STATES DISTRICT COURT
## District of Minnesota

Ban Du La Sein

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, Marcos Charles, Peter Berg, U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security, Eric Tollefson

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 25-cv-04750-PJS-ECW

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for habeas corpus [ECF No. 1] is GRANTED IN PART.
2. If petitioner is in Minnesota, respondents must immediately release petitioner from custody subject to the conditions of his Order of Supervision dated May 30, 2014. If petitioner is not in Minnesota, respondents must first return petitioner to Minnesota and then immediately release him from custody subject to the conditions of his Order of Supervision dated May 30, 2014.
3. Petitioner Ban S. be permitted to move separately within 30 days of final judgment in this action to recover attorney's fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

4. The remainder of petitioner's petition is DENIED WITHOUT PREJUDICE.

Date: 1/26/2026

KATE M. FOGARTY, CLERK